IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAMON R. CERECERES,

    Plaintiff,

 v.                                               No. 14-cv-0037 SMV

CAROLYN W. COLVIN, Acting Commissioner of
Social Security Administration,

    Defendant.

### ORDER GRANTING MOTION TO SEAL ADMINISTRATIVE RECORD

THIS MATTER is before the Court on Defendant's Motion to Seal Administrative Record [Doc. 18], filed on April 18, 2014.  Defense counsel was unable to reach the pro se Plaintiff for his position on the motion.  *Id.* at 1.  However, the relief requested will not prejudice Plaintiff.  In fact, sealing the administrative record will benefit Plaintiff by protecting his sensitive personal and medical information.  The Court, being fully advised in the premises, finds that the motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that on Defendant's Motion to Seal Administrative Record [Doc. 18] be **GRANTED**.  The administrative record lodged by Defendant in the above-referenced case shall be permanently sealed.  Access to the administrative record shall be limited to the Court and the case participants only.

**IT IS SO ORDERED**.

                                                            _____
                                                            **STEPHAN M. VIDMAR**
                                                            **United States Magistrate Judge**
                                                             **Presiding by Consent**