IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RAMON R. CERECERES,**

    Plaintiff,

v.                                                     No. 14-cv-0037 SMV

**CAROLYN W. COLVIN, Acting Commissioner of**
**Social Security Administration,**

    **Defendant.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed this action pro se on April 4, 2013, appealing the final decision of the Social Security Administration, which denied his claim for social security disability benefits. [Doc. 1]; Tr. 16 (indicating the type of benefits claim at issue). The Court set a briefing schedule, and Plaintiff's Motion to Reverse or Remand Administrative Agency Decision ("Motion") was due by May 23, 2013. [Doc. 15]. To date, Plaintiff has filed no Motion and has not requested an extension of time to do so.

**IT IS THEREFORE ORDERED** that Plaintiff show cause within 21 days why his case should not be dismissed without prejudice for failure to prosecute his claims.

**IT IS SO ORDERED**.

                                                                                  _____
                                                                                  **STEPHAN M. VIDMAR**
                                                                                  **United States Magistrate Judge**
                                                                                  **Presiding by Consent**